**2016–1509.   State v. Williams.**
Montgomery App. No. 26635, 2016-Ohio-5655. Motion to vacate or set aside judgment denied as moot.